IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEODIS RANDLE**                                                                               **PLAINTIFF**

**v.**                          **CASE NO. 4:17-CV-00291 BSM**

**STATE OF ARKANSAS, et al.**                                      **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 17] submitted by United States Magistrate Judge J. Thomas Ray and plaintiff Leodis Randle's objections [Doc. No. 18] have been reviewed. After *de novo* review of the record, the recommended disposition is adopted in its entirety. Accordingly, Randle's substituted complaint [Doc. No. 16] is dismissed without prejudice. This dismissal constitutes a strike, and it is certified that an *in forma pauperis* appeal from this order and judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3), (g).

IT IS SO ORDERED this 19th day of September 2017.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE