# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**LEODIS RANDLE**                                                                    **PLAINTIFF**

**v.**                    **CASE NO. 4:17-CV-00291 BSM**

**STATE OF ARKANSAS, et al.**                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed without prejudice, the relief sought is denied, and it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 19th day of September 2017.

_____
UNITED STATES DISTRICT JUDGE